**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                                          Respondent,

v.

Eric Smith,                                                          Appellant.

-----------

Appeal From York County
John C. Hayes III, Circuit Court Judge

-----------

Unpublished Opinion No. 2012-UP-452
Submitted May 1, 2012 – Filed July 18, 2012

-----------

**APPEAL DISMISSED**

-----------

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

J. Benjamin Aplin, of Columbia, for Respondent.

**PER CURIAM:** Eric Smith appeals his probation revocation, arguing the circuit court erred in revoking probation because no evidentiary showing

of fact established the probation violations.  After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.